# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:05CV160 |
| vs. | ) | |
| | ) | ORDER |
| **SHEILA A. BARBER and** | ) | |
| **RICK R. KREMER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For good cause shown,

**IT IS ORDERED** that defendant's Motion to Continue Planning Conference (#160) is granted.  The planning conference now set for January 19, 2006 is continued to **Thursday, March 23, 2006 at 9:30 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Counsel may contact the court, at 402-661-7340, at least one day in advance, to arrange to participate by telephone.

**DATED January 18, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**