IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CV160 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHEILA B. BARBER, a/k/a Sheila B. Kremer; and RICK R. KREMER, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Defendant Sheila Barber's Motion for an Extension of Time to file additional evidence in opposition to the Plaintiff's motion for summary judgment. Defendant represents that counsel for the United States of America has no objection to the extension. Accordingly,

IT IS ORDERED:

1. Defendant Sheila Barber's Motion for an Extension of Time (Filing No. 26) is granted; and

2. Sheila Barber may filed an additional index of evidence in opposition to the Plaintiff's motion for summary judgment on or before Friday, February 10, 2006.

Dated this 27th day of January, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge