**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CV160** |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **SHEILA B. BARBER, a/k/a Sheila B. Kremer and RICK R. KREMER,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Defendant Sheila B. Barber's Motion to Strike the Index of Evidence she offered in opposition to the Plaintiff's motion for summary judgment. Barber identifies the index she seeks to have stricken as one that was filed on January 16, 2006. No index was filed on that date, but an affidavit (Filing No. 18) and a document entitled index (Filing No. 19) were filed by Defendant Barber on January 17, 2006. It appears that these two documents should be stricken, given the amended index filed on January 22, 2006. (Filing No. 25). Accordingly,

IT IS ORDERED:

Defendant Sheila Barber's Motion to Strike Defendant's Index (Filing No. 24) is granted, and the Clerk is directed to strike Filing Nos. 18 and 19 from the record.

Dated this 17th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge